02-11-023-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00023-CV

 

 


 
 
 DeKalb Medical Center, Inc.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Rush Search Partners, Ltd.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 367th District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Joint Motion To Dismiss
Appeal.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R.
App. P. 42.1(a)(2), 43.2(f).

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.  

 

DELIVERED:
 March 10, 2011














[1]See Tex. R. App. P. 47.4.